# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**RICHARD THOMAS**                                                                                           **PETITIONER**

v.                                   **CASE NO.: 5:06CV00244 BD**

**LARRY NORRIS**                                                                                               **RESPONDENT**
Director, Arkansas Department
of Correction

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus with prejudice.

IT IS SO ORDERED this 7th day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE